```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
RAMELL A. MCRAE,

                    Plaintiff,
                                            ORDER
          -against-                         12-CV-4816(JS)(WDW)

NASSAU COUNTY CORRECTIONAL
FACILITY AND IT'S MEDICAL UNIT
ARMOR,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Ramell A. McRae, Pro Se
                    12005744
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, New York 11554

For Defendants:     No Appearances
```

SEYBERT, District Judge:

Incarcerated pro se plaintiff Ramell A. McRae ("Plaintiff"), filed an in forma pauperis Complaint in this Court on September 20, 2012 pursuant to 42 U.S.C. § 1983 complaining that he was denied adequate medical care at the Nassau County Correctional Facility. Plaintiff did not submit the required Prisoner Authorization form at the time he filed his Complaint. Accordingly, by letter dated September 26, 2012, the Court's Pro Se Office sent Plaintiff a Notice of Deficiency ("Notice") advising Plaintiff that he must sign and return the enclosed Prisoner Authorization form within fourteen (14) days in order to proceed with this action. To date, Plaintiff has not responded to the Notice or otherwise communicated with the Court.

Accordingly, Plaintiff's Complaint is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is denied for the purpose of any appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:   October  16 , 2012
         Central Islip, New York